IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALCON RESEARCH, LTD., <br> ALCON PHARMACEUTICALS, LTD., and <br> KYOWA HAKKO KIRIN CO., LTD. <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., <br> WATSON PHARMACEUTICALS, INC., <br> and WATSON PHARMA, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:11-cv-0786-RLY-DKL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER RESETTING INITIAL PRETRIAL CONFERENCE

This cause, having come before the Court upon the parties' Joint Motion to Reset the Initial Pretrial Conference, and the Court, being otherwise duly advised, hereby GRANTS such motion, and ORDERS that:

1. The initial pretrial conference currently set for Thursday, September 15, 2011, at 1:30pm EST, is hereby cancelled.

2. The initial pretrial conference will be reset for FRIDAY, OCTOBER 14, 2011, at 11:00 A.M., in Room 255, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The parties shall file their proposed Case Management Plan no less than seven days prior to this date.

SO ORDERED:  09/07/2011

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to:

Raymond A. Basile
MERCER BELANGER, P.C.
rbasile@indylegal.com

Bruce Roger Genderson
WILLIAMS & CONNOLLY LLP
bgenderson@wc.com

Sara S. Kaiser
WILLIAMS & CONNOLLY LLP
skaiser@wc.com

Donald E. Knebel
BARNES & THORNBURG LLP
donald.knebel@btlaw.com

Christopher J. Mandernach
WILLIAMS & CONNOLLY LLP
cmandernach@wc.com

N.E.B. Jack Minnear
KASOWITZ BENSON TORRES &
FRIEDMAN, LLP
jminnear@kasowitz.com

John L. North
KASOWITZ BENSON TORRES &
FRIEDMAN, LLP
jnorth@kasowitz.com

Adam L. Perlman
WILLIAMS & CONNOLLY LLP
aperlman@wc.com

Deborah Pollack-Milgate
BARNES & THORNBURG
dmilgate@btlaw.com

Meghan M. Rachford
KASOWITZ BENSON TORRES &
FRIEDMAN, LLP
mrachford@kasowitz.com

Thomas H. L. Selby
WILLIAMS & CONNOLLY LLP
tselby@wc.com

Daniel P. Shanahan
WILLIAMS & CONNOLLY LLP
dshanahan@wc.com

Jeffrey J. Toney
KASOWITZ BENSON TORRES &
FRIEDMAN, LLP
jtoney@kasowitz.com

Todd G. Vare
BARNES & THORNBURG LLP
todd.vare@btlaw.com

Shelley J. Webb
WILLIAMS & CONNOLLY LLP
swebb@wc.com