UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALCON RESEARCH, LTD., ALCON PHARMACEUTICALS, LTD. and KYOWA HAKKO KIRIN CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC., WATSON PHARMACEUTICALS, INC. and WATSON PHARMA, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:11-cv-0786-RLY-DKL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>DEFENDANTS' NOTICE OF CHANGE OF FIRM ADDRESS
FOR JOHN L. NORTH, JEFFREY J. TONEY AND MEGHAN M. RACHFORD</u>**

NOTICE IS HEREBY GIVEN that the address and contact information has changed for certain counsel representing Defendants WATSON LABORATORIES, INC., WATSON PHARMACEUTICALS, INC. AND WATSON PHARMA, INC. (collectively "Watson"). Effective immediately, all papers, pleadings, electronic filings, correspondence and communications directed to John L. North, Jeffrey J. Toney and Meghan M. Rachford, should be directed to:

    John L. North
    Jeffrey J. Toney
    Meghan M. Rachford
    Kasowitz, Benson, Torres & Friedman LLP
    Two Midtown Plaza, Suite 1500
    1349 West Peachtree Street, N.W.
    Atlanta, GA 30309
    Phone: (404) 260-6080
    Fax:(404) 260-6081
    Email:  jnorth@kasowitz.com; jtoney@kasowitz.com; and mrachford@kasowitz.com

Dated:  February  27, 2012		*/s/ Raymond A. Basile*_____
					Raymond A. Basile, Attorney No. 21496-49
					MERCER BELANGER, P.C.
					111 Monument Circle, Suite 3400
					Indianapolis, Indiana  46204
					(317) 636-8762
					(317) 636-8760 (Facsimile)
					rbasile@indylegal.com

					*/s/ Meghan M. Rachford* (by consent)_____
					John L. North
					Jeffrey J. Toney
					Meghan M. Rachford
					Kasowitz Benson Torres & Friedman LLP
					Two Midtown Plaza, Suite 1500
					1349 West Peachtree Street, N.W.
					Atlanta, GA 30309
					(404) 260-6080
					(404) 260-6081 (Facsimile)
					mrachford@kasowitz.com

					*Attorneys for Defendants Watson Laboratories,
					Inc., Watson Pharmaceuticals, Inc., and
					Watson Pharma, Inc.*

**CERTIFICATE OF SERVICE**

   I certify that on February 27, 2012, a copy of the foregoing document was filed electronically with the Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic system. Parties may access this filing through the Court's system.

  Donald E. Knebel
  donald.knebel@btlaw.com
  Todd G. Vare
  todd.vare@btlaw.com
  Deborah Pollack-Milgate
  dpollockmilgate@btlaw.com
  BARNES & THORNBURG LLP
  11 South Meridian Street
  Indianapolis, Indiana  46204

  Bruce R. Genderson
  bgenderson@wc.com
  Adam L. Perlman
  aperlman@wc.com
  Thomas H. L. Selby
  tselby@wc.com
  Daniel P. Shanahan
  dshanahan@wc.com
  Shelley J. Webb
  swebb@wc.com
  Christopher J. Mandernach
  cmandernach@wc.com
  Sara S. Kaiser
  skaiser@wc.com
  WILLIAMS & CONNOLLY LLP
  725 Twelfth Street, N.W.
  Washington, D.C. 20005


                  _/s/ Raymond A. Basile_____
                  Raymond A. Basile