**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| ALCON RESEARCH, LTD., <br> ALCON PHARMACEUTICALS, LTD. and <br> KYOWA HAKKO KIRIN CO., LTD., <br><br>     Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., <br> WATSON PHARMACEUTICALS, INC. <br> and WATSON PHARMA, INC. <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 1:11-cv-0786-RLY-DKL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF CHANGE OF ADDRESS

Raymond A. Basile respectfully notifies the Court and counsel of record of his change of address, effective April 2, 2012, as co-counsel of record in this cause of action for Defendants and Counterclaim Plaintiffs, Watson Laboratories, Inc., Watson Pharmaceuticals, Inc. and Watson Pharma, Inc.  Mr. Basile's new address is as follows:

> BASILE LAW OFFICE, LLC
> 11 Public Square
> Shelbyville, Indiana  46176
> Phone: (317) 825-0531
> Facsimile: (866) 398-0167
> Email: rbasile@basilelawoffice.com

Dated: March 27, 2012

                              __*/s/ Raymond A. Basile*_____
                              Raymond A. Basile (21496-49)
                              Email: rbasile@basilelawoffice.com
                              BASILE LAW OFFICE, LLC
                              11 Public Square
                              Shelbyville, Indiana  46176
                              Phone: (317) 825-0531

Facsimile: (866) 398-0167

OF COUNSEL:
John L. North
jnorth@kasowitz.com
Jeffrey J. Toney
jtoney@kasowitz.com
Meghan M. Rachford
mrachford@kasowitz.com
Kasowitz Benson Torres & Friedman LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309
 (404) 260-6080
(404) 260-6081 (Facsimile)

Norman E.B. Minnear
jminnear@kasowitz.com
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
(212) 506-1800 (Facsimile)

*Attorneys for Defendants/Counterclaim
Plaintiffs Watson Pharmaceuticals, Inc.,
Watson Laboratories, Inc., and Watson
Pharma, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 27, 2012, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served by electronic mail:

Donald E. Knebel
donald.knebel@btlaw.com
Todd G. Vare
todd.vare@btlaw.com
Deborah Pollack-Milgate
dpollockmilgate@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204

Bruce R. Genderson
bgenderson@wc.com
Adam L. Perlman
aperlman@wc.com
Thomas H. L. Selby
tselby@wc.com
Daniel P. Shanahan
dshanahan@wc.com
Shelley J. Webb
swebb@wc.com
Christopher J. Mandernach
cmandernach@wc.com
Sara S. Kaiser
skaiser@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

___/s/ Raymond A. Basile_____
Raymond A. Basile (21496-49)