IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALCON RESEARCH, LTD., ALCON PHARMACEUTICALS, LTD., and KYOWA HAKKO KIRIN CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., And WATSON PHARMA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:11-cv-00786-TWP-DKL |

**ORDER ON MOTION FOR WITHDRAWAL OF APPEARANCE**

This cause having come before the Court upon the Motion for Withdrawal of Appearance by Plaintiffs Alcon Research, Ltd., Alcon Pharmaceuticals, Ltd., and Kyowa Hakko Kirin Co., Ltd. filed on behalf of Sara S. Kaiser, and the Court, being duly advised in the premises, hereby GRANTS such Motion.

It is hereby ORDERED that the appearance of Sara S. Kaiser is withdrawn.

SO ORDERED this   08/21/2012


_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to:

| | |
|---|---|
| Raymond A. Basile<br>*rbasile@indylegal.com*<br>MERCER BELANGER, P.C.<br>Chase Tower<br>111 Monument Circle, Suite 3400<br>Indianapolis, IN 46204<br>(317) 636-3551<br>(317) 636-6680 (Facsimile)<br><br>Donald E. Knebel (5264-49)<br>*donald.knebel@btlaw.com*<br>Todd G. Vare (18458-59)<br>*todd.vare@btlaw.com*<br>Deborah Pollack-Milgate (22475-49)<br>*dpollockmilgate@btlaw.com*<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>(317) 236-1313<br>(317) 231-7433 (Facsimile) | Of counsel:<br>Norman E.B. "Jack" Minnear<br>*jminnear@kasowitz.com*<br>KASOWITZ BENSON TORRES &<br>FRIEDMAN LLP<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700<br>(212) 506-1800 (Facsimile)<br><br>John L. North<br>*jnorth@kasowitz.com*<br>Jeffrey J. Toney<br>*jtoney@kasowitz.com*<br>Meghan M. Rachford<br>*mrachford@kasowitz.com*<br>KASOWITZ BENSON TORRES &<br>FRIEDMAN LLP<br>1360 Peachtree Street, N.E.<br>Suite 1150<br>Atlanta, GA 30309<br>(404) 260-6080<br>(404) 260-6081 (Facsimile) |