IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALCON RESEARCH, LTD., ALCON PHARMACEUTICALS, LTD. and KYOWA HAKKO KIRIN CO., LTD., <br><br>　　Plaintiffs, <br><br>v. <br><br>WATSON LABORATORIES, INC., WATSON PHARMACEUTICALS, INC. and WATSON PHARMA, INC. <br><br>　　Defendants. | Civil Action No. 1:11-cv-0786-RLY-DKL |

**AMENDED CORPORATE DISCLOSURE STATEMENT
OF WATSON PHARMACEUTICALS, INC.,
<u>WATSON LABORATORIES, INC., AND WATSON PHARMA, INC.</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.2 of the Local Rules of the Southern District of Indiana, Defendant Watson Pharmaceuticals, Inc. hereby states that it has changed its name to Actavis, Inc. Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.) states that there is no corporate parent or publicly held corporation that owns more than 10% of the stock of Actavis, Inc. Defendants Watson Laboratories, Inc. and Watson Pharma, Inc. hereby state that they are each wholly-owned subsidiaries of Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.).

Defendants respectfully request that the caption of this case be conformed to add Actavis, Inc. as a defendant and remove Watson Pharmaceuticals, Inc.

Dated: February 13, 2013         /s/Raymond A. Basile
                                 Raymond A. Basile (21496-49)
                                 Email: rbasile@basilelawoffice.com
                                 BASILE LAW OFFICE, LLC
                                 11 Public Square
                                 Shelbyville, Indiana  46176
                                 Phone: (317) 825-0531
                                 Facsimile: (866) 398-0167

                                 OF COUNSEL:
                                 John L. North
                                 jnorth@kasowitz.com
                                 Jeffrey J. Toney
                                 jtoney@kasowitz.com
                                 Meghan M. Rachford
                                 mrachford@kasowitz.com
                                 Kasowitz Benson Torres & Friedman LLP
                                 Two Midtown Plaza, Suite 1500
                                 1349 West Peachtree Street, N.W.
                                 Atlanta, Georgia  30309
                                  (404) 260-6080
                                 (404) 260-6081 (Facsimile)

                                 Norman E.B. Minnear
                                 jminnear@kasowitz.com
                                 Kasowitz Benson Torres & Friedman LLP
                                 1633 Broadway
                                 New York, NY 10019
                                 (212) 506-1700
                                 (212) 506-1800 (Facsimile)

                                 *Attorneys for Defendants/Counterclaim*
                                 *Plaintiffs Actavis, Inc., Watson Laboratories,*
                                 *Inc., and Watson Pharma, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2013, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following attorneys of record and who have also been served by electronic mail:

>Donald E. Knebel
>donald.knebel@btlaw.com
>Todd G. Vare
>todd.vare@btlaw.com
>Deborah Pollack-Milgate
>dpollockmilgate@btlaw.com
>BARNES & THORNBURG LLP
>11 South Meridian Street
>Indianapolis, IN 46204
>
>Bruce R. Genderson
>bgenderson@wc.com
>Adam L. Perlman
>aperlman@wc.com
>Thomas H. L. Selby
>tselby@wc.com
>Daniel P. Shanahan
>dshanahan@wc.com
>Shelley J. Webb
>swebb@wc.com
>Christopher J. Mandernach
>cmandernach@wc.com
>WILLIAMS & CONNOLLY LLP
>725 Twelfth Street, N.W.
>Washington, D.C. 20005

>>/s/Raymond A. Basile_____
>>Raymond A. Basile (21496-49)